# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151635(83)

*In re* Application of DETROIT EDISON
COMPANY to Implement Opt Out Program
_____

DOMINIC CUSUMANO and LILLIAN
CUSUMANO,
      Appellants,

v

MICHIGAN PUBLIC SERVICE
COMMISSION,
      Appellee,

and

DETROIT EDISON COMPANY,
      Petitioner-Appellee.

_____/

SC: 151635
COA: 316781
MPSC: 00-017053

      On order of the Court, the motion for reconsideration of this Court's March 8, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



a0620

Clerk